**Eli WEINSTEIN, individually and on behalf of all others similarly situated, Consolidated Plaintiff–Appellant,**

**Milton PFEIFFER, individually and on behalf of all others similarly situated, Plaintiff–Appellant,**

v.

**GOLDMAN, SACHS & CO., Credit Suisse First Boston Corp., and Morgan Stanley Dean Witter, Defendants–Appellees.**

No. 03–7781.

United States Court of Appeals, Second Circuit.

April 1, 2004.

Daniel A. Osborn, Beatie and Osborn LLP, New York, NY, for Appellants.

Alexander Dimitrief (Katherine J. Alprin, Peter D. Doyle, on the brief), Kirkland & Ellis LLP, New York, NY, for Appellee Morgan Stanley Dean Witter & Co.

Stephanie G. Wheeler (David H. Braff), Sullivan & Cromwell, New York, NY, for Appellee Goldman, Sachs & Co., of counsel.

Lawrence Portnoy (Avi Gesser), Davis Polk & Wardwell, New York, NY, for Appellee Credit Suisse First Boston LLC. of counsel.

PRESENT: FEINBERG, CABRANES and POOLER, Circuit Judges.

### SUMMARY ORDER

Plaintiffs appeal from a June 30, 2003 judgment entered by the United States District Court for the Southern District of New York (Harold Baer, Jr., *Judge*) dismissing their claim for fraud under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b–5 promulgated thereunder by the Securities

Exchange Commission, 17 C.F.R. § 240.10b–5.

We have considered appellants' arguments on appeal, and we find that they are without merit. Accordingly, the judgment of the District Court is AFFIRMED.